1    STATE OF NEW YORK  :  NASSAU COUNTY

2    SUPREME COURT      :    PART VIII

3    ------------------------------------X

4    THE PEOPLE OF THE STATE OF NEW YORK,

5                   -against-              IND# 167N/2005

6    MARK ORLANDO,                          SENTENCE

7                        Defendant.

8    ------------------------------------X

9                              August 18, 2005
                              Mineola, New York
10

11   B E F O R E :      HON. DAVID P. SULLIVAN,
                              Acting Supreme Court Justice
12

13   A P P E A R A N C E S :

14        HON. DENIS DILLON
          Nassau County District Attorney
15        BY:  ROBERT T. HAYDEN, ESQ.,
          Assistant District Attorney
16        Of counsel, for the People

17

18        DENNIS LEMKE, ESQ.,
          Attorney for the Defendant
19        114 Old Country Road
          Mineola, New York 11501
20

21

22

                         MARILYN JURGENSEN
23                       Official Court Reporter

24

25

```
 1                  THE CLERK:  This is on the Sentencing

 2     Calendar, Indictment 167N of 2005, People of the State

 3     of New York versus Mark Orlando.

 4                  May we have appearances for the People?

 5                  MR. HAYDEN:  Robert T. Hayden for the People.

 6                  THE CLERK:  Representing Mr. Orlando?

 7                  MR. LEMKE:  For Mr. Orlando, Dennis Lemke,

 8     114 Old Country Road, Mineola, New York.

 9                  Good morning, your Honor.

10                  THE CLERK:  Sir, you are Mark Orlando?

11                  THE DEFENDANT:  Yes.

12                  THE CLERK:  You appear with your attorney

13     Mr. Lemke --

14                  THE DEFENDANT:  Yes.

15                  THE CLERK:  (Cont.)  For sentencing today; is

16     that correct?

17                  THE DEFENDANT:  Yes.

18                  THE CLERK:  Counsel, is your client ready for

19     sentence?

20                  MR. LEMKE:  Yes, he is.

21                  THE CLERK:  Do the People wish to be heard

22     before sentence is imposed?

23                  MR. HAYDEN:  Your Honor, before the People

24     are heard, there are members of the victim's family who

25     wish to address the Court.  Bobby's dad would like to
```

1          address the Court, his sister Gina, his brother Chris,

2          his Uncle Joe and his Aunt Ann would all like to

3          address the Court for sentencing, your Honor.

4                    THE COURT:   Thank you.

5                    And, Mr. Lemke, of course your client has a

6          right to respond.  We will reserve that right until

7          everything is finished.

8                    MR. LEMKE:   That's correct, your Honor.   We

9          also have received notice of intention of certain

10         individuals to speak, so we have notice of that.

11                   THE COURT:   Who would like to speak first?

12                   MR. HAYDEN:   May we proceed, your Honor?

13                   THE COURT:   Yes.

14                   MR. LEMKE:   Your Honor, if I may, I certainly

15         don't wish to interrupt.  My understanding is that

16         there has been some display with photographs of

17         Mr. Calabrese and his life.  I would only ask that at

18         this point on behalf of my client we would object to

19         those photographs.  I have seen them.  More so the

20         wordings that have been used regarding those

21         photographs.

22                   Clearly this Court has a wide range of

23         sentencing, between 15 to life and 25 to life.  I think

24         at this point having photographs and markings which

25         were not part of the trial itself, I am certainly going

1        to object to that.

2                      THE COURT:  Objection overruled.

3                      ANN BESS:  I would first like to thank Judge

4        Sullivan for overseeing a just and partial trial,

5        Mr. Hayden for working so hard to deliver the truth in

6        a concrete and deliberate way to the jury in this case,

7        and of course I would like to thank the jury who gave

8        of their time to serve our judicial system and come to

9        an intelligent and righteous decision.

10                     My name is Ann Bess, I am the aunt and

11       godmother of Bobby Calabrese.  My husband of 21 years

12       is John.  We have three children, John 20, Peter 18,

13       and Alison 11.  Bobby happened to be the first member

14       of my family that I introduced to my husband 23 years

15       ago.  My husband and Bobby formed a bond from that

16       moment on and it lasted for all of Bobby's short life.

17                     Bobby worked for my husband in the produce

18       business for many years; they would spend as many as 12

19       to 15 hours a day together working hard, having long

20       talks and equally long laughs.  Anyone who knows my

21       husband will tell you he is one of the most generous

22       and caring people they have ever met.  The murder of

23       Bobby has changed him.  The disbelief and horror of

24       this crime has had a profound effect on his life; he

25       doesn't talk or laugh much anymore.

1            My children grew up with their Calabrese

2       cousins, they were together five out of seven days a

3       week as children.  My oldest son John was born with a

4       brain tumor, which left him paralyzed on his left side.

5       He grew up watching Bobby wrestle.  Bobby encouraged

6       him to try the sport; he felt it was something that

7       John could have success in and it would be a good form

8       of physical therapy and bolster his self-esteem.  It

9       worked.  As a result John wrestled for seven years.  He

10      won the Brian Comb Memorial Award, the highest

11      wrestling award in Long Beach High School.  Bobby came

12      to his matches, cheered him on and gave him his best

13      advise.

14           My youngest son Peter is the proverbial clown

15      of the family.  He grew up among his cousins doing just

16      about anything to get someone to smile or laugh.  It

17      was never hard to get Bobby to smile back.  He seemed

18      to appreciate Pete's often odd sense of humor the most.

19      I'm sure Pete's fondest memories of Bobby were of the

20      family birthday parties or barbecues that he would

21      throw together at the last minute.  Unfortunately, I

22      haven't seen much the lighter side of Pete since

23      December 3, 2004.

24           My daughter Alison is 11 years old.  Bobby

25      would come in and say hello and joke with her every day

1       during work break with my husband.  He would tell her

2       how he would be in the car right behind her when the

3       day came for her to have her first boyfriend.  That day

4       of course he would tell her would not happen unless she

5       was at least 21.  Telling Alison what happened to Bobby

6       was the hardest thing I ever had to do.  She'll not

7       talk about it or ask a question about it since it

8       happened, she just will not deal with it.

9                   As for myself, I cannot put into words what

10      this has done for me.  I just try to go on to be there

11      for my family, my sister and her family.  Everyday

12      tasks are hard to accomplish.  A sense of Bobby's loss

13      weighs heavily on my mind.  As my sister said, when

14      People were consoling me on the lose of my nephew, the

15      word "nephew" and "cousin" just didn't cut it in this

16      family.  Without losing one of our own, this loss has

17      been as bad as losing our own son or brother.

18                  Mark Orlando, you cannot take away the

19      memories of our long talks, encouragement, heartfelt

20      laughs and visions of Bobby following my daughter on

21      dates.  What you did take away, though, is all the good

22      times with Bobby that were yet to come.  You decided to

23      play God, to decide the ultimate fate of a fellow human

24      being.  You have plunged our family into a life of

25      living hell, of endless days and sleepless nights,

1    always trying to come to grips with what has happened.

2    Although we will never understand why.  Today your

3    judgment day as come.

4              Your Honor, we, as a family, are asking that

5    you impose the absolute toughest sentence on Mark

6    Orlando as allowed under the law.  It will not bring

7    back our Bobby, but perhaps we will have some peace,

8    knowing the creature that planned and carried out the

9    cold-blooded execution of our are adored one will never

10   be free to do this again.

11             Thank you.

12             THE COURT:  Thank you.

13             Mr. Hayden, who wants to speak next?

14             CHRISTOPHER CALABRESE:  Judge Sullivan.  Good

15   morning, Judge Sullivan.

16             THE COURT:  Good morning.

17             CHRISTOPHER CALABRESE:  It is very hard to

18   write a letter about Bobby to someone who has never met

19   him.  I write this so, if you read this letter, you

20   will feel like you knew him.

21             Bobby was my idol and he molded me to the

22   person I am today.  I remember the night that my

23   brother died.  My cousin Bob and I waited for him to

24   come home; when he didn't come home we figured he must

25   have went out to see his girlfriend Michelle.  I was

1    hesitant to go to sleep, because you see Bobby was not

2    only by brother and best friend, he was also like

3    another dad.  My brother Nick and myself knew to pick

4    up the phone whenever he called.  Bobby always wanted

5    to know where we were.  Bobby also understood we wanted

6    to know where he was as well.

7          So the fact that he wasn't answering his cell

8    phone worried me.  I wanted to play down it, tell

9    myself don't fall asleep because I haven't talked to

10   him yet.  I laid down, and didn't think I would fall

11   asleep but eventually I did.  Three hours later I woke

12   up to screaming and crying.  I ran upstairs as fast as

13   I could, not knowing what was wrong.  Then everything

14   went in slow motion, like a movie.

15         "Is this your house?" asked the detective.  I

16   walked in, my dad was on the floor holding my mother,

17   who was screaming.  She said kept saying, "God no, God

18   no."  I demanded to know what happened and my dad said,

19   "Bobby died.  Someone shot him."

20         I will never be able to describe to you the

21   horrible feeling that went through my body.  I went

22   into shock and swore I was having a nightmare.  But I

23   wasn't, it was real.  My younger brother's godfather

24   Vincent, one of the detectives at the house, I asked

25   Vinny, "Are you sure it's Bobby?"  He bowed his head

1        very soft and said, "Yes."

2                 I don't even know how I have made it this

3        far.  It has been hell seeing my family, it brings back

4        December 3rd, the worse night of our lives.  The only

5        reason I'm still here talking is because of my family I

6        love more than anything.  I always prayed that nothing

7        would ever happen to my family, and I really thought I

8        had a understanding with God that he would let my

9        family be.  But it wasn't the good Lord who took my

10       brother from me, it was Mark Orlando, a vicious, evil,

11       low life.

12                Some people say that you never know what you

13       have until it's gone, but I know what I had and I loved

14       him very much and his spirit will always live on.

15       Bobby was the most respectfully, beautiful kid you

16       would ever want to meet, and that is what he taught us

17       to be.  For him I will carry on life the way he did;

18       which was happy and excited.

19                He lived more in 24 years than most will do

20       in a lifetime.  He had more friends than anybody I ever

21       knew.  I stood in the funeral hall when hundreds,

22       hundreds of people packed Vanella's Funeral Parlor and

23       St. Mary's Church.  There were people in tears I never

24       knew who said I just met your brother here and there

25       and said he was very special.  I would say if you knew

1    him for five minutes you liked him, if you knew him for

2    ten minutes you loved him.

3            I will never forget driving to Holy Rood and

4    the driver saying, "I have been driving for 30 years in

5    this business and I never seen so many cars follow, I

6    never seen so many people at a funeral before in my

7    life.  He must have been very special."

8            That's who Bobby was and I was so proud to be

9    his brother.

10           Judge Sullivan, thanks.  One last thing.  Put

11   this guy away so he can never have a chance to destroy

12   a family again.  Thank you.

13           GINA CALABRESE:  Good morning, your Honor,

14   all present in court today.

15           My name is Gina Calabrese, I am exactly 15

16   months to the day older than my deceased brother Bobby,

17   I was worn January 28th and he was born April 28th.  It

18   was during our childhood that we developed such a

19   wonderful, inseparable bond.  Even to the day, December

20   3rd, we would sometimes talk about our favorite

21   childhood memories.  Because we were childhood best

22   friends and everyone knew it.  Now I have to hold onto

23   these memories all by myself, because I can't talk

24   about it with Bobby anymore.

25           Now I have a hole in my heart and in my

1       memories, the special times we shared with our boxer

2       when early in the morning we used to sneak out of our

3       room and into the kitchen just to feed him Ritz

4       Crackers.  Or the times we used to swing for hours in

5       the swing set in the backyard.  I remember when we used

6       to chase fireflies to put them in the jar to make them

7       glow.  I remember the years on Christmas when he would

8       run into my room and quietly whisper, "Gina, Santa

9       came.  Get up."  And we would sit under the tree until

10      mom and dad got up and picked out who had more presents

11      than who and most importantly what was in the big box.

12              I will never be able to watch those childhood

13      videos to see the only person living today is me,

14      because there were two of us not one.

15              Chris, Nick born later in years.  And when my

16      mother gave birth to a third boy it was only a matter

17      of time before my father started calling them the Three

18      Stooges.  They were proud to be called the Three

19      Stooges.  But more than that nickname, they became each

20      others best friend after time had passed and they were

21      all grown up.  Not only were they Three Stooges by

22      nickname, but they are young men who would do anything

23      for each other.  They would talk to each other about

24      their problems, about life, about everything.

25              Bobby, of course, had the advantage of being

1      the head of the Three Stooges, because, well, he was

2      older than Chris and Nick.  They went out places

3      together, they talked on the phone with each other

4      every single day.  Oh, and if someone was going to stay

5      out late that night, they would have to report to each

6      other to let each other know that they were all right.

7              Brotherly love is a beautiful bond which

8      cannot be broken and never will be broken, because you

9      can't break a loving brotherly bond.  Which they

10     clearly had.  And I am so happy that they had that

11     bond.  But at the same time these three boys, my

12     brothers Bobby, Chris and Nick, will never be able to

13     be called the Three Stooges, because there were three

14     not two.

15             My parents Robert and Cathy are the ones I

16     feel for the most.  They raised a great kid that they

17     adored and loved and are so proud of him.  Bobby was

18     very friendly, outgoing, smart and handsome.  He played

19     athletics, such as basketball, football and baseball.

20     He excelled at each sport that he used to do, then he

21     went on to wrestle in high school only to become a

22     state wrestling champion that would make any parent

23     proud of their son to win an accomplishment like that.

24             My father clearly enjoyed these moments and

25     quite often he would videotape the games and matches.

1    They will never be able to watch those videotapes,

2    those special moments in their lives without crying

3    because Bobby was living.

4            My parents were also very proud of Bobby's

5    gentle side.  He would pick up a bird in the middle of

6    the street and save its life.  He would always save

7    stray dogs.  In fact, there was a homeless dog living

8    across the street from his house in Long Beach, it was

9    a white boxer.  Bobby remembered my husband Anthony

10   always wanted a boxer and he convinced me to take it.

11           Well, guess what?  We have that boxer now and

12   he has brought us a lot of happiness.  And we have

13   Bobby to thank for that.

14           Not only did he save countless birds and

15   dogs, the kid would never even kill a fly in the house.

16   He would simply put a cup over the fly and let it out

17   to be free.

18           Bobby did not even believe in killing a

19   little bug.  Bobby also saved a choking kid's life,

20   when he was at his friend Paul's house.  Bobby saved a

21   young human life without thinking twice about it.  He

22   performed CPR.  The parents were so grateful they kept

23   thanking him and thanking him.  Unbelievable and so

24   ironic that he saved insects, dogs and even a human

25   life, but yet his life was taken.

1              My parents are tough people who have climbed

2     many obstacles, but none will be higher than this one.

3     Since Bobby's death my world has been turned completely

4     upside down.  I was a friendly, outgoing carefree,

5     fun-filled person who enjoyed life.  I was very social

6     person.  Every weekend I would be out with my husband

7     and friends or family, at my pool, dancing or even

8     going out to dinner.  You name it, I was there to enjoy

9     the fun.  Now I am an empty shell.  A hermit.  I rarely

10    ever talk to any of my friends, let alone see them.

11             I have become an introvert.  I stay in my

12    apartment alone with my dog.  It's a struggle every

13    morning to wake up and get out of bed.  I am depressed

14    and full of anxiety.  I cry at a lot when my husband is

15    at work, because I am constantly replaying the incident

16    in my own head driving myself crazy.  There are about

17    six blown-up pictures I have of Bobby in my little

18    apartment.  They are constant remainders for me of what

19    a special little brother I had who was so brutally

20    murdered by a vicious dog without a conscience.

21             I have recurring nightmares about that night,

22    December 3rd.  Most nights I go to bed and I just pray

23    that he did not hear that trigger go off, that he did

24    not know that he was going to die.  I beat myself up

25    that maybe, just maybe if I had invited him over for

1       dinner to my apartment to eat that night it wouldn't

2       have happened.  I cannot stop obsessing over the fact

3       that he is my little brother, I was older than him, I

4       should go before he does.

5                  I have rage in me that is difficult to

6       control.  I have to go to the gym almost every day and

7       punch a big fat lifeless bag that remains me of you,

8       Mark.  I hate seeing parents with their four children,

9       because it makes me cry.  I cannot watch movies that

10      have guns in it, because I have constant flashbacks of

11      how it might have been done that night.  I often

12      picture my brother lying there helplessly, and I want

13      to know were his eyes open or closed, was his face

14      angry or peaceful.  I obsess over the fact that if a

15      weapon had not been used, which it so cowardly was,

16      Bobby would have taken down even a man of your size

17      with his quickness and knowledge of wrestling.

18                 Because of all of these horrible feelings I

19      am being treated in therapy once, sometimes twice a

20      week.  The psychotherapist has prescribed for me three

21      medications just to function each day, antidepressants,

22      antianxiety pills and sleeping pills.  So I am pretty

23      much sedated throughout much like a zombie.  I have

24      diagnosed depression and post-traumatic stress

25      disorder.  I never new that I would have to live like

1       this, but it's impossible to live life when your little

2       brother is just murdered.

3               On top of these diagnoses, I constantly worry

4       about my mother, father and two surviving brothers.  I

5       make sure each day I talk to them, I say I love you.

6               But you know what?  I consider myself pretty

7       lucky because I live in Queens with my husband.  My

8       parents and brothers still have to live in the house

9       where we all grew up with Bobby there every day talking

10      to them and walking around the house making everyone

11      laugh.  His car would pull up to the house every day

12      and the door would fly open and there was Bobby in the

13      family living room.  Many times he would walk in and

14      say, "Mom.  What's up?"

15              Chris and Nick, he always wanted to make sure

16      that his brothers were okay.  He would eat dinner at

17      the house each night, he was always in their company.

18      And in a way I wish I could have been around for all

19      those moments to share with Bobby.  Bobby lived in the

20      Calabrese living room with his stand comedy and his

21      impersonations.  He would wrestle with Chris and Nick

22      and always beat them.  But more than, that it's that

23      same living room floor that they would wrestle on that

24      Chris and Nick have to look at every single day.  It's

25      the front door to their house that my mother and father

1     still turn to look, hoping to it is Bobby.  But no,

2     it's not.

3               The emotional effect of Bobby never coming

4     back to that home is too hard to describe in words.

5     When me, Chris and Nick are standing around talking,

6     there is that underlying anger and silence.  Like, hey,

7     there should be one more here.  Family pictures aren't

8     family pictures anymore, they are pictures of the

9     survivors of a murder victim.

10              My mother is also on all sorts of

11    antidepressants, tranquilizers and sleeping pills.  And

12    even with all this medicine to help her she still has

13    no life left in her eyes.  She cries a lot and wishes

14    she could have taken his place.  She prayed over and

15    over that she wishes it was her and not Bobby.  She has

16    such guilt feelings about this it destroys her every

17    single day.  She has such hurt in her it's unbearable.

18              My father is also heavily medicated to

19    struggle through each miserable day.  The lifelessness

20    in his eyes is one I have never seen before.  He cries

21    and misses Bobby so much that it hurts him.  The kid is

22    his first born son named Robert Jr. after him, Robert

23    Sr.  He is crying like I have never seen him cry

24    before.  In fact, he was hurting so much that he had to

25    be rushed to the hospital to be treated for a panic

1     attack the night before Bobby's funeral.  Not to

2     mention he has a heart condition already.

3              My brother Christopher, who is the middle

4     child, is also very depressed and has outbursts of

5     anger.  He cries when he thinks about his brother being

6     murdered so viciously.  He suffered from a panic attack

7     as well, where the ambulance had to come and give him

8     oxygen and pills to relax him.  He was so overcome with

9     this disgrace that he needed to be treated.

10             My brother Nicky, who is the youngest

11    brother, is just miserable.  His sleeping patterns are

12    off, he has become withdrawn as well.  He does see his

13    friends occasionally, but does spends the majority of

14    his time in his room listening to music.  More

15    importantly he tries to be Bobby; he dresses like

16    Bobby, he talks like Bobby and he acts like Bobby,

17    which really our family doesn't even recognize Nick

18    being Nick.

19             When I spoke to the psychologist about this

20    change of personality, she told me that it's dangerous.

21    He is putting pressure on himself to be like that so he

22    can try to fill the void that we so greatly misses.  He

23    cries at times, but doesn't want anyone to know that he

24    is crying.  He feels lost in this world.  Now he is not

25    Nicky, but is he Bobby.  We miss Bobby, but we also

1    miss Nicky.  We are very concerned for Nick's

2    well-being and his ability to identify who he really

3    is.

4              With no thanks to you, Mark Orlando, you

5    changed my little brother to a clone of his deceased

6    brother Bobby, and we don't know if we will ever see

7    Nick again.  At lot of pressure for a 19-year-old.

8              As you see so far, from what I have said,

9    this low life has taken the heart and sole out of our

10   family.  He murdered not one, but five of us.  We are

11   such a close-knit family and he injured us not only

12   mentally, emotionally and physically beyond belief, but

13   financially as well.  My husband and I were going to

14   move to South Carolina in December.  The houses there

15   are half the amount that they are here.  We found a

16   house in the low 200's, which is affordable for a

17   school teacher combined.  We were looking forward to

18   not having to struggle every day for the payment.  Now

19   we purchased a house in Long Island which happens to be

20   double the amount.  Now we are going to have to

21   struggle each and every day using pennies to get by.

22             And you want to know why we would do this if

23   we can't afford it?  Well, here is your answer.  I need

24   to be close to my family at all times now.  I worry

25   about them constantly, as they worry about me

1     constantly.  Even Queens right now is too far away.

2     But no thanks to you, Mark Orlando, this is what we

3     have to do.  You put us in a financial burden where we

4     will live very uncomfortably for years to come.  Not

5     only did you burden us financially, but you injured my

6     parents so much that they had to take over Bobby's $600

7     Infinity payments and his insurance.  The apartment he

8     was renting downstairs in Long Beach went unrented for

9     six months.  They struggle with their bills as it is

10    now and they have to worry about the car payments,

11    insurance and the rent, which totals about $5,000.

12          If someone dare ask the question, why don't

13    they just get rid of the Infinity, the answer is no

14    way, because that is the last place Bobby was before he

15    was so brutally murdered by a dirtbag.  It's not for

16    sentimental reasons.  My mother and father love to sit

17    in the car because it's the smell of Bobby's lingering

18    cologne and the same seat he sat in moments before he

19    encountered you, Mark Orlando.  So no thanks to you,

20    Mark, that car will be staying and continue to be a

21    financial hardship on my parents.

22          Mark Orlando, I quiver, quiver when I hear

23    your name.  When I think of you I think of the excuses

24    of the world.  And that is what you are.  You are the

25    follower of the devil itself.  I cannot believe, in a

1     way, you had the audacity to kill my parent's baby's

2     life.  He has touched so many, as you see in this

3     courtroom today and at the trial.

4             In fact just for the record -- my brother

5     said this earlier -- this kid was such a nice kid that

6     when we were on our which to the cemetery our limo

7     driver said, and I would like to quote, "I have been a

8     driver for over 30 years and I have never seen so many

9     cars for one individual."

10            Bobby had broken a record for the amounts of

11    funnel procession cars.  There were literally streets

12    closed off and police escorts along the way to take him

13    to the cemetery.  And I tell you this because I want

14    you to realize he has and still has a ton of family,

15    friends, co-workers -- family, friends, girlfriend and

16    many other people who adored and supported him.

17            That was my brother Bobby.  And I'm sure he

18    was happy about that, because he had pride.  Well, now

19    his survivors are his pride and he as our support.

20            And I would like to take a quote from the

21    song entitled, "Pride in the Name of Love," by U-2.

22    Bono sings, "One man walked on an empty beach, one man

23    betrayed with a kiss."  You could take his life, but

24    you could not take his pride.  When I hear that line I

25    change it to match what you did, Mark Orlando, "One man

Proceedings                                              22

1          shot on an empty lot, one man betrayed with a hug."

2     You can take his life but you cannot take his pride.

3                    One last thing I want to say to you, Mark

4     Orlando.  It angers me to have to look at you.  You are

5     nothing but a worthless piece of junk in my eyes and

6     everyone's eyes.  But what really makes me feel like

7     vomiting is the fact that you were the last person to

8     give my brother a hug, and you were there to betray and

9     murder him.  And I hope one day you realize what you

10    have done.  No, I don't even thing you care.  But you

11    know what?  God is real.  And you know what?  You have

12    to answer to him.

13                    I know for a fact that Bobby is in heaven

14    right now with God, but who knows where you will end

15    up.  Quite frankly none of us care.  I hope you suffer

16    the worse out of anyone in that jail.  I wish you the

17    most miserable, horrible, lonely life.  I hope you get

18    no respect in jail, no friends except for the friends

19    who want to use you for one thing, and you know what

20    that is.  And even all of your suffering will not

21    compare to what my family is going through now and the

22    rest of our lies.

23                    Your Honor, I am begging you to please

24    sentence Mark Orlando to the maximum possible sentence;

25    seeing how it was so easy for him to take a life, I

1      would love to see him behind bars for life.

2                  Thank you.

3                  THE COURT:   Thank you.

4                  ROBERT CALABRESE:   Your Honor, I'm going to

5      read this for my son, who could not attend.

6                  THE COURT:   Yes, sir.

7                  ROBERT CALABRESE, SR:   "Dear Judge, whoever

8      else is listening.  Words can't really express how I

9      feel about this."

10                 This is Nick Calabrese, the younger brother

11     of Bobby Calabrese.

12                 "I am not sure what to say, except that I

13     have always been a strong person and now I have never

14     been so week in my life.  When it first happened I

15     tried to stay strong for my family and myself, now I

16     feel like it's going to be impossible.

17                 "All my life I wanted to be just like my

18     older brother Bobby.  He was the best person in the

19     world and best brother anyone could ask for.  My

20     brother always tried to steer me in the right direction

21     and he did a really good job.  He has set a good

22     example for me and plenty of others.

23                 "I never thought this would happen in my

24     family and now my family isn't a family.  No one is

25     happy and for the rest of my life I will never truly be

1     happy again.  What these guys did to my brother isn't

2     right.  What about when I have kids, no Uncle Bobby.

3     Doesn't sound right, isn't right.  We were supposed to

4     grow up and do all our things together.

5          "And I think I have it bad?  Look at my

6     mother, an angle from heaven.  I bet now she can't wait

7     to be in heaven to see her little boy.  I see it in her

8     face and everybody else's face.  Nobody cares about

9     life anymore, because we are all not together.  I never

10    cared about dying, but now I want to die.  Life sucks.

11    It was good, and we were robbed of the most precious

12    thing we had and it will never be the same.  I was a

13    person that tried to think positive about most things,

14    not anymore.

15          "If there is one thing I could say to

16    everybody, it is that these guys who murdered my

17    brother ruined my life.  I am weak emotionally;

18    unstable, confused, unhappy and altogether messed up in

19    the head.  There were so many people who loved my

20    brother.  He was a beautiful person in all ways.  He

21    would never do anything to hurt anyone or anything.

22          "I feel like I am going out of my mind.  I

23    don't want to go on medication, but I might have to.  I

24    am at the lowest part of my life.  For some reason I

25    don't think it's going to get easier.  I mean,

1    everything I am today is because of my brother Bobby

2    and I thank him for that with all my heart.  It is

3    going to be a long life without him here.  All I want

4    to do is talk to my brother, which is impossible.

5          "When I tell you these guys ruined my life,

6    they also ruined the life of my family.  I don't want

7    to live anymore, it's too hard without him here.  But I

8    have to try to stay strong for the rest of the family.

9          "God bless Bobby Calabrese, the greatest

10   human being that ever walked the earth.  I love you

11   Bobby, you are my idol, you are still and always will

12   be.  Your little brother Nick."

13         This is my letter:

14         Good morning, your Honor, Mr. Hayden,

15   detectives, family and friends.  We come before you

16   today on a mission; the mission is to convince your

17   Honor that Mark Orlando deserves the maximum allowable

18   sentence.

19         Mr. Orlando is a coward.  Who else but a

20   coward hires a gunman to kill an unknown person?  Who

21   else but a greedy, evil person wins a large of amount

22   of money and then, when he loses a portion of it, kills

23   a person so he does not have to pay?  These acts are

24   not of a normal man, these acts are of someone who is

25   evil.  These actions are of someone who is dangerous,

1      someone who, if given the opportunity, will strike

2      again and definitely strike another family.

3              Rather than talk about this low life, I would

4      like talk to you about the person he murdered, my son

5      Bobby.

6              Bobby was born April 28, 1980.  I remember

7      the night as if it was yesterday.  I remember being in

8      the delivery room trying to be supportive to my wife

9      Cathy.  I remember trying to be calm, when the doctor

10     announced that the umbilical cord was wrapped around

11     Bobby's neck.  Thank God within minutes my fears were

12     turned to complete joy as my first son was born.  As I

13     looked at my son I recall thinking, here is my name

14     sake, my baseball player, my golf partner, my son.  He

15     will grow up to be my best friend; he will grow up to

16     be someone of importance; he will grow up to be his

17     brothers' joy, his sister's protector; he will be

18     better than me.  I remember these and other hopes that

19     I had for my newborn son.

20             As a small child Bobby showed a very strong

21     sense of family.  The older he became the stronger his

22     love for his family became.  This love grew, especially

23     when his brother Chris and Nicky were born.  Bobby was

24     a natural brother, very protecting, very caring, but

25     stern when he needed to be.  Even though he was a year

1       and a half younger than his sister Gina he quickly

2       progressed to become her protector as well.

3                Bobby was fast moving, but always saw the big

4       picture.  Although he was not large in stature, Bobby

5       became protective with kids who had mental or physical

6       restrictions.  Bobby would watch over them, even if it

7       was not popular, to the point where bullies would turn

8       there rath on him.  No matter, right was right.

9                Dogs, cats, rabbits always found their way to

10      our home because Bobby he knew they needed help.  He

11      would not hurt a fly, catching them and releasing them

12      outside.  A trait he would carry to adulthood.

13               Bobby attended Kellenberg High School.  While

14      there he taught Religious Ed at our church.  The

15      classes he taught were not for extra credit, or any

16      benefit to him whatsoever, the accreditation was

17      knowing he was trying to steer the younger kids in the

18      right direction.

19               Bobby was very quick, extremely strong, very

20      determined; these traits led him to become a State

21      Champion, All County.  I remember when he won the

22      States, I was so excited, I ran down the stairs and

23      towards the mats, thinking I would congratulate him

24      after he finished with his coaches and teammates.

25      Bobby saw me, and instead of going to his coaches, as

1    expected, he ran toward me and leaped into my arms.

2    You see with Bobby, it was always family first.

3              As fathers and sons do, we could sometimes

4    argued; schools, cars, curfews.  Unlike other

5    relationships, we loved each other very much.  This was

6    evidenced when he found friends, girlfriend's, whoever,

7    he would walk up to my wife and me and give us a hug.

8    Lord God I miss those hugs.

9              At the risk of being redundant, you see, your

10   Honor, with Bobby it was always family first.  Bobby

11   loved his mother very much and she loved him very much.

12   My wife Cathy is the nicest person in the world.  It

13   now hurts me to look into her eyes and the eyes of my

14   children and see the pain, this pain that I could do

15   nothing about.  I never felt this helpless in my life.

16             In conclusion, I hope that I have given you

17   enough details about my son for you to know what he was

18   about:  Protective of his family and friends, a giver,

19   well loved, as evidenced by the attendance at the wake

20   and funeral and as you have witnessed, your Honor, in

21   these court proceedings.  I know the speech was long,

22   but if you recall, when I reminisced about the day

23   Bobby was born, those hopes were fulfilled by a person

24   much better than me:  My son Bobby.

25             Mark Orlando took a large part of my family's

1     heart.  Let us fulfill our mission, please.  Put this

2     miserable human waste out of society as long as law

3     allows.  I heard testimony with Mark Orlando saying,

4     you don't understand.  Well, Mark, it was you who did

5     not understand.  You did not understand you could not

6     outwit the Nassau County Homicide Detectives or you

7     could not outwit the impartial but intelligent jury.

8     Hopefully, by the will of God and your Honor, you will

9     understand hard time.  You will hopefully have 25 years

10    to figure it out, that what you did was evil and cruel.

11    Where you are going there isn't any nice people like

12    Bobby, there are killers just like yourself.

13          Just remember this:  That whatever time you

14    do, there will be a Calabrese there to fight your

15    release, so get ready for a real long stay.

16          Thank you, your Honor.

17          THE COURT:  Thank you.

18          Mr. Hayden, is there anybody else?

19          CATHY CALABRESE:  Good morning, Judge

20    Sullivan.

21          THE COURT:  Good morning.

22          I am the living, grieving, heartbroken,

23    mother of Robert Calabrese.  As far back as I can

24    remember all I wanted was to be a wife and a mom.  I

25    was very luckily to give birth to four healthy babies.

1    As I raised my children I tried to instill in them how

2    important family is.  My husband did this as well.  I

3    honestly didn't have to drill this isn't to my

4    children, they were just so always.  The older my

5    children got, the closer they became.  Sure there were

6    many arguments, but they are back to being loving,

7    loving and close again.

8           It may sound pessimistic, but I always told

9    my children to watch what they say to each other in

10   anger and don't carry the anger too long.  I told them,

11   you never know what tomorrow will bring.  They listened

12   to this and I thank God for that.  Bobby was taken from

13   us so violently and suddenly, that I can't imagine

14   trying to help one of my children if they had bad

15   words with Bobby before he passed.

16          My mother told me it doesn't matter how

17   successful your children become, she said, if you raise

18   kind and loving human beings you fulfilled your

19   parental responsibility.  I took this seriously and I

20   am proud to say my husband and I did just that.  None

21   of my children were ever cruel or mean to anyone.

22   Quite the opposite, they always go out of their way to

23   help those disabled or in need in any way.

24          Bobby was the core in family.  Family meant

25   everything to Bobby.  All of us went to him for advice;

 1      he always seemed to make things right.  My husband and

 2      I knew if there came a time when we would have to leave

 3      one of our children in charge, it would be Bobby.

 4              This is only skimming the tiny surface of

 5      what Bobby meant to our family.  When he was taken from

 6      us I wanted to go with him, as well as the rest of the

 7      family did.  But Bobby would never have wanted us to do

 8      that.  He was a totally selfless human being, who

 9      always put everyone in front of himself.  He wants us

10      to stay as close as possible and we are trying our

11      best.

12              Judge Sullivan, my family has been shattered

13      to pieces since Bobby's death.  We remain close, but

14      there is a huge hole in the family that no one can ever

15      replace.  I know in my heart and sole Bobby is not here

16      physically but I keep his shoes by the front door

17      forever hoping and praying for a miracle.  His passing

18      has ripped my heart, as well as the rest of the family.

19      I try to hold everyone up, but it is a huge

20      undertaking.  We all need help, but have not yet begun

21      to heal.  I think if Mark Orlando gets the maximum

22      sentence allowed under the law it might help a little.

23      Mark Orlando is a devil and my son was an angle.  My

24      family will never be the same, but we will go on for

25      each other because our love is never ending.  I love

1    Bobby, but will still move on.

2              I beg of you, Judge Sullivan, to consider the

3    maximum sentence allowed by law for Mark Orlando. I

4    don't care how much he suffers, it will never compare

5    to the never-ending suffering my family will have

6    forever. Bobby's at peace with God and we feel his

7    presence. Watching my children so young so hurt is

8    heartrending. I know there is nothing I can do for

9    them. I will, however, always be there for them when

10   they need me. This is what my dearest loving son Bobby

11   would want.

12             I am a mom and my heart is broken, whenever

13   Bobby came in the door his first words were usually,

14   "Where's mom?" I can still hear it. I thought I would

15   be there for him a lot longer than 24 years. Thanks to

16   Mark Orlando I am not there for him, but will be for

17   the rest of the family. I will recover all my love and

18   power not to let this evil person ruin another member

19   of my family. We are all forcing ourselves to move on,

20   but it will never be life as usual again. I thank God

21   every day for my family and pray he will help us. This

22   is by far the worst pain in the world.

23             Thank you, Judge. And God bless you.

24             THE COURT: Anyone else?

25             MR. HAYDEN: No, your Honor.

1          THE CLERK:  Anything further from the People?

2          THE COURT:  That's the victim impact

3     statement?

4          MR. HAYDEN:  Yes, your Honor.

5          I would just ask that the record reflect that

6     the photographs and the board were never shown to the

7     Court.

8          THE COURT:  Let the record so reflect.

9          THE CLERK:  Does counsel wish to be heard

10    before sentence is imposed?

11         MR. LEMKE:  Yes, your Honor.

12         MR. LEMKE:  Your Honor, obviously I stand

13    before the Court representing Mr. Orlando.  I stand

14    here before this Court after a jury of Nassau County

15    has convicted Mr. Orlando for being involved in the

16    death of Mr. Calabrese.

17         As this Court is aware and as the family is

18    aware, and friends that have been here throughout on

19    behalf of Mr. Calabrese, Mark Orlando denies having

20    anything to do with the death of Mr. Calabrese and he

21    maintained that innocence from the proceeding of jury

22    selection through the trial and through, obviously, the

23    jury's verdict and as we stand here today.  However, as

24    his advocate, as his defense counsel, unfortunately I

25    have to address the issue of the jury finding him

Proceedings                                                          34

1        guilty of murder in the second degree.

2                This Court has the ability to sentence

3        Mr. Orlando, as we stand here today, to anywhere from

4        the minimum of 15 years to life to 25 years to life.

5        And I have sat here now, as I know Mr. Orlando has, and

6        I have heard and I have listened to the family.  And as

7        they know my heart goes out to the family and to their

8        friends, as I know Bobby Calabrese was someone very

9        special.  But I am standing here before this Court

10       where Mr. Orlando has been convicted.  It's a trial in

11       which the family has thanked you for a fair trial, but

12       I believe there were matters during the trial in which

13       this Court had to make decisions, render judicial

14       decisions on either applications made by the prosecutor

15       in this case, as to either evidence to be admitted, or

16       as I have asked, to be precluded that I feel that this

17       Court had made errors on.  That is not for me to argue

18       at this point, that is for a higher court to review and

19       with appellate counsel.  However, I do wish to address

20       at this point that Mr. Orlando does stand before this

21       Court having no prior criminal involvement.

22               Mr. Orlando stands before this court 34 years

23       of age, married and with a very young daughter at home.

24       Now, I am not going to argue and try to compete with

25       what I heard from the Calabrese family, because I don't

1    believe that is what we are here to do today.  I think

2    what is of necessity is for this Court to consider what

3    Mr. Orlando has been convicted of, to consider whether

4    or not he was involved with this shooting, to consider

5    -- and I think it's not in dispute -- that Mr. Orlando

6    did not physically pull the trigger that killed

7    Mr. Calabrese.  But certainly the jury said that he was

8    there, and that he was present and either aided and

9    abetted in the death of Mr. Calabrese, I can continue

10   to dispute that.  Mr. Orlando will continue to dispute

11   that he was involved in that.  The jury has spoke

12   otherwise.

13          But now I think for this Court to impose a

14   maximum sentence would be injustice, for the reasons

15   stated not only in the probation report, but for the

16   arguments that it heard from not only myself but

17   throughout the trial itself.  The main factor is,

18   obviously, the individual who is yet to be on trial who

19   caused the death of Mr. Calabrese.

20          I realize that in this county that if you

21   proceed to trial, and you are convicted of the murder

22   second, that the likelihood is that judges impose 25 to

23   life.  That is not anything usual, that is something I

24   discussed with my client prior to proceeding to trial.

25   But I think there are factors that should go into that

1    sentence, whether it's the minimum of 15 years to life

2    or somewhere in between.

3              So again, issues that I think are better

4    reserved for appeal will be reserved for that matter.

5    But I think this Court does have that discretion, I

6    think there are compelling circumstances that this

7    Court can look at and consider and impose the less than

8    maximum sentence.

9              Thank you.

10             THE COURT:  Mr. Hayden, do you want to be

11   heard for the People?

12             MR. HAYDEN:  I just say to the Court that

13   this was a premeditated, execution murder.  After

14   befriending Bobby, after using Bobby to place his bets,

15   the defendant turned on Bobby and betrayed him with a

16   hug.  His conduct throughout was cold, emotionless and

17   heartless and remains so today.  There is only one

18   appropriate sentence here and that is the maximum

19   sentence of 25 years to life.

20             THE COURT:  Mr. Lemke, anything further from

21   you?

22             MR. LEMKE:  From me, no, your Honor.  Thank

23   you.

24             THE CLERK:  Mr. Orlando, is there anything

25   you wish to say before sentence is imposed, sir?

1              THE DEFENDANT:  Yes.

2              MR. LEMKE:  May he stand up?

3              THE COURT:  Yes.

4              THE DEFENDANT:  Your Honor, I stand before

5      you, Mr. Hayden, my defense attorney, I stand before

6      you today as an innocent man convicted of a most

7      heinous crime.  I would like to direct my comments

8      directly to you, your Honor.

9              I always believed in the police and the

10     justice system, until I witnessed your Honor completely

11     disregard one of the highest and most important

12     precedents, People versus Burton, William versus the

13     United States.  You are in no way allowed to have any

14     of my co-defendant's testimony read or allowed in

15     through a third party.  Even though you yourself was a

16     law secretary during the trial two years ago of People

17     versus Johnson, where you witnessed a trial judge

18     commit the same exact error, yet to help the DA and

19     cement yourself on the bench, you disregarded my Sixth

20     Amendment right to cross-examine any and all witnesses

21     against me.  You are supposed to uphold the law, not

22     break it to please the district attorney's office.

23             Your Honor, no matter what you sentence me to

24     today it will not change the fact that I am innocent.

25     And I will always maintain my innocence no matter how

1        long I am in jail for.  And these charges will be

2        reversed on appeal.

3                    Thank you.

4                    THE CLERK:  Mr. Orlando, give your attention

5        to the Court.

6                    THE COURT:  You will have a long time to look

7        up the law.

8                    I want to commend the Calabrese family and

9        friends for the dignity and respect they have shown the

10       Court throughout the proceedings.  My condolences, of

11       course, go out to you for the loss of your son, who

12       obviously was a tremendous young man.  The only thing

13       this Court can do is give you a morsal of justice,

14       which it intends to do.

15                   Mr. Calabrese, this Court needs no convincing

16       of what kind of dangerous predator this man is in front

17       of me.

18                   It is ordered and adjudged by this Court that

19       for the crime of murder in the second degree, a class

20       A1 felony, a jury verdict finding you guilty under

21       Indictment 167N of '05, that you, Mark Orlando, are

22       hereby sentenced to an indeterminate term of

23       imprisonment, the maximum of such to be life, the

24       minimum of such sentence to be 25 years.  And that you

25       be committed to the custody of New York State

1          Department of Correctional Services for imprisonment

2          for the term of said sentence and to be released in

3          accordance with the law.

4                     It is further ordered by this Court that a

5          mandatory surcharge of $250, crime victim's assistance

6          fee of $20 and $50 DNA fee are all imposed by civil

7          judgment.

8                     The Court also imposes restitution in the

9          amount of $8,717.25 by civil judgment to the different

10         parties outlined in the restitution documented in the

11         probation report

12                    That concludes the sentence.

13                    THE CLERK:  Mr. Orlando, you have a right to

14         appeal from the sentence and these proceedings.  If you

15         wish to appeal you must file your notice of appeal with

16         the clerk of the court within 30 days.  If you cannot

17         afford a lawyer or minutes of these proceedings you may

18         make an application to the Appellate Division, which

19         will, upon being notified that you cannot afford the

20         same, order that an attorney be appointed and the

21         minutes provided without any charge to you.

22                    Your lawyer is directed by the Court to

23         advise you in full and to take the necessary steps

24         indicated by you in this regard.

25                    That concludes this proceeding.

1              Officers, please take charge.

2

3                        *          *          *

4              I hereby certify that the forgoing is a true
       and accurate transcript of my stenographic notes, only
5      if an original, and not a photostatic copy, and signed
       by me in ink.

6

7              _Marilyn Jurgensen_
       MARILYN JURGENSEN,
8      Official Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25