# State of New York
# Court of Appeals

BEFORE: HON. JONATHAN LIPPMAN
                                                        Chief Judge

THE PEOPLE OF THE STATE OF NEW YORK,

                                            Respondent,

                        -against-                                               CERTIFICATE
                                                                                DENYING
                                                                                LEAVE
MARK ORLANDO,

                                            Appellant.

---

      I, JONATHAN LIPPMAN, Chief Judge of the Court of Appeals of the State of New York, do hereby certify that upon application timely made by the above-named appellant for a certificate pursuant to CPL 460.20 and upon the record and proceedings herein,* there is no question of law presented which ought to be reviewed by the Court of Appeals and permission is hereby denied.

Dated: OCT 2 9 2009
      New York, New York

                                                                     Chief Judge

\* **Description of Order:** Order of the Appellate Division, Second Department, entered April 28, 2009, affirming a judgment of the County Court, Nassau County, rendered August 18, 2005.